**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 92 MAL 2023

          Respondent          :

         :   Petition for Allowance of Appeal
         :   from the Order of the Superior Court
          v.             :

ANTHONY J. DIVALENTINO,          :

          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.